AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2))

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) |
| v. | ) |
| JERMAINE ANTONIO SMITH | ) Case No: 06-00237-001 |
| | ) USM No: 09658-003 |
| Date of Original Judgment: 11-5-2007 | ) |
| Date of Previous Amended Judgment: | ) PRO SE |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188 months **is reduced to** 160 months.

Except as otherwise provided, all provisions of the judgment dated November 5, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 24, 2012                    /s/ Callie V. S. Granade
                                                *Judge's signature*

Effective Date:                                 United States District Judge
*(if different from order date)*                *Printed name and title*